**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN ALLEN CRANER, | ) NO. CV 10-2751-VBF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOHN MARSHALL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED  6/19/2013.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE